United States Bankruptcy Court
District of Massachusetts, Boston Division

# CHAPTER 13 PLAN

Filing Date: **November 07, 2017**         Docket #: **1:17-bk-13982**

Debtor: **Toland,, John III**              Co-Debtor: _____

SS#: **5917**                              SS#: _____

Address: **79 Hillsboro St**               Address: _____

**Quincy, MA 02169-8938**                  _____

Debtor's Counsel:

**Nashawaty & Rand
654 Washington St
Braintree, MA 02184-5747**

**(781) 848-8545**

**(781) 848-2308**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

United States Bankruptcy Court

District of Massachusetts, Boston Division

## CHAPTER 13 PLAN

Docket No.: **1:17-bk-13982**

DEBTOR(S): (H) **Toland,, John III**     SS# **5917**
          (W)     SS#

### I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $ **4,362.00** for the term of:

[ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

[X] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

[ ] 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

[ ] ___ Months. The Debtor states as reasons therefore:

### II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **MTGLQ Investors, LP** | 187 Liberty St # 189, Quincy, MA 02169-7628 Two Family wood frame dwelling in Quincy, MA | 199,380.53 |
| | Total of secured claims to be paid through the Plan: $ | 199,380.53 |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Chase Mortgage** | 79 Hillsboro St, Quincy, MA 02169-8938 Single Family wood frame dwelling located in Quincy, MA |
| **Cnac/ri101** | **2010 Chevrolet Impala** |
| **MTGLQ Investors, LP** | 187 Liberty St # 189, Quincy, MA 02169-7628 Two Family wood frame dwelling in Quincy, MA |
| **Onemain** | 79 Hillsboro St, Quincy, MA 02169-8938 Single Family wood frame dwelling located in Quincy, MA |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:
**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the Plan are _____.

### III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total of Priority Claims to Be Paid Through the Plan: $_____**0.00**

### IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **0.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

### V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **100.00**% of their claims.

A. General unsecured claims:                                                                 $_____**34,425.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | Total of A + B + C unsecured claims: $ | 34,425.00 |

D. Multiply total by percentage: $ **34,425.00**.

(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total amount of separately classified claims payable at **100**%: $ | 0.00 |

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions:

## VII. CALCULATION OF PLAN PAYMENT:

| | |
|---|---|
| A. Secured claims (Section I-A Total): | $ 199,380.53 |
| B. Priority claims (Section II-A & B Total): | $ 0.00 |
| C. Administrative claims (Section III-A & B Total): | $ 0.00 |
| D. Regular unsecured claims (Section IV-D Total): + | $ 34,425.00 |
| E. Separately classified unsecured claims: | $ 0.00 |
| F. Total of a + b + c + d + e above: | $ 235,548.00 |
| G. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ 261,720.00 |

(This represents the total amount to be paid into the Chapter 13 Plan)

H. Divide (G), Cost of Plan by, Term of Plan, **60** months

I. Round up to nearest dollar: Monthly Plan Payment:             $ 4,362.00

(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 187 Liberty St # 189, Quincy, MA 02169-7628 | 468,000.00 | 575,000.00 |
| 79 Hillsboro St, Quincy, MA 02169-8938 | 516,613.00 | 286,997.00 |

Total Net Equity for Real Property:   $    229,616.00

Less Total Exemptions (Schedule C):   $           0.00

Available Chapter 7:                  $    229,616.00

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| 2010 Chevrolet Impala | 4,000.00 | 6,098.00 | 0.00 |

Total Net Equity:                     $           0.00

Less Total Exemptions (Schedule C):   $           0.00

Available Chapter 7:                  $           0.00

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Total Net Value:                      $      81,880.00

Less Exemptions (Schedule C):         $      10,500.00

Available Chapter 7:                  $      71,380.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **302,496.00**.

E. Additional Comments regarding Liquidation Analysis:


IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Nicholas T. Nashawaty, Jr.                    November 9, 2017
Debtor's Attorney                                 Date

Attorney's Address:
Nashawaty & Rand
654 Washington St

Braintree, MA  02184-5747

Tel. # (781) 848-8545                              Email Address: nick@nashrand.com

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

November 9, 2017
Date

_____
Debtor

November 9, 2017
Date

_____
Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| JOHN TOLAND, III ) | Chapter 13 |
| ) | Case No.: 17-13982 |
| ) | |
| Debtors ) | |

## CERTIFICATE OF SERVICE

I, Nicholas T. Nashawaty, Jr., do hereby certify that I have, this day, served a copy of the Debtor's **Chapter 13 Plan** upon the following CM/ECF participants

- John P. Fitzgerald, Assistant U.S. Trustee - USTPRegion01.BO.ECF@USDOJ.GOV
- Carolyn A. Bankowski, Ch. 13 Trustee - 13trustee@ch13boston.com
- Richard T. Mulligan, Esq. for JP Morgan Chase – mabk@harmonlaw.com

AND by first class mail, postage prepaid, on all non CM/ECF participants listed on the attached Certificate of Mailing.

/s/*Nicholas T. Nashawaty, Jr.*
Nicholas T. Nashawaty, Jr.
BBO #367110
NASHAWATY & RAND
654 Washington Street
Braintree, MA 02184
781 848-8545

Dated: November 9, 2017

**United States Bankruptcy Court**
**District of Massachusetts, Boston Division**

IN RE:                                                                                                                 Case No. **1:17-bk-13982**

**Toland,, John III**                                                    Chapter **13**
Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Chapter 13 Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this ___**9th**___ day of ___**November**___ , __**2017**__ .

                                                     */s/ Nicholas T. Nashawaty, Jr.*
                                                     **Nicholas T. Nashawaty, Jr. 367110**
                                                     **Nashawaty & Rand**
                                                     **654 Washington St**
                                                     **Braintree, MA  02184-5747**
                                                     **(781) 848-8545  Fax: (781) 848-2308**
                                                     **nick@nashrand.com**

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Toland,, John III
79 Hillsboro St
Quincy, MA 02169-8938

Chase Mortgage
3415 Vision Dr
Columbus, OH 43219-6009

Chase Mtg
PO Box 24696
Columbus, OH 43224-0696


Christine Toland
79 Hillsboro St
Quincy, MA 02169-8938

Cnac/ri101
615 Reservoir Ave
Cranston, RI 02910-1633

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Korde & Associates, PC
900 Chelmsford St Ste 3102
Lowell, MA 01851-8100

MTGLQ Investors, LP
200 West St
New York, NY 10282-2102

Onemain
PO Box 1010
Evansville, IN 47706-1010


Richard T. Mulligan, Esq.
Harmon Law Offices
PO Box 610389
Newton Highlands, MA 02461-0389

US Department of Education
400 Maryland Ave SW
Washington, DC 20202-0001

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)